IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-** |
| v. | : | DATE FILED: August 14, 2024 |
| **DARREN SCOTT ADER** | : | VIOLATION:<br>21 U.S.C. § 841(a)(1), (b)(1)(B) (possession with intent to distribute methamphetamine – 1 count) |
| | : | 18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of drug trafficking – 1 count) |
| | : | 18 U.S.C. § 922(o) (possession of a machinegun – 1 count)<br>Notices of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about January 24, 2024, in Northampton County, in the Eastern District of Pennsylvania, defendant

**DARREN SCOTT ADER**

knowingly and intentionally possessed with intent to distribute 50 grams or more, that is, approximately 153.57 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 24, 2024, in Northampton County, in the Eastern District of Pennsylvania, defendant

**DARREN SCOTT ADER**

knowingly possessed a firearm, that is, a Polymer80 Inc. semiautomatic pistol, model PF940V2, 9x19 caliber, with no serial number, marked "REB," containing a Glock brand slide, model 17 Gen4 with serial number BDAX059, and a Glock brand barrel with serial number MXU142, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is possession with intent to distribute a methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), as charged in Count One of this indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 24, 2024, in Northampton County, in the Eastern District of Pennsylvania, defendant

**DARREN SCOTT ADER**

knowingly possessed a machinegun, as defined by Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), that is, an aftermarket fully automatic selector switch conversion device, with no serial number located in the firearm.

In violation of Title 18, United States Code, Section 922(o).

## NOTICE OF FORFEITURE NO. 1

**THE GRAND JURY CHARGES FURTHER CHARGES THAT:**

As a result of the violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this indictment, defendant

**DARREN SCOTT ADER**

shall forfeit to the United States of America:

    (a)    any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including but not limited to:

        1) a Polymer80 Inc. semiautomatic pistol, model PF940V2, 9x19 caliber, with no serial number, marked "REB," containing a Glock brand slide, model 17 Gen4 with serial number BDAX059, and a Glock brand barrel with serial number MXU142;

        2) 51 live rounds of 9mm ammunition;

        3) an aftermarket full automatic selector switch, conversion device, with no serial number located in the firearm; and

        4) an aftermarket full automatic selector switch, conversion device, with no serial number.

All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE NO. 2

**THE GRAND JURY CHARGES FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 924(c) and 922(g)(1), as set forth in Counts Two and Three of this indictment, defendant

### DARREN SCOTT ADER

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, including but not limited to:

1) a Polymer80 Inc. semiautomatic pistol, model PF940V2, 9x19 caliber, with no serial number, marked "REB," containing a Glock brand slide, model 17 Gen4 with serial number BDAX059, and a Glock brand barrel with serial number MXU142;

2) 51 live rounds of 9mm ammunition;

3) an aftermarket full automatic selector switch, conversion device, with no serial number located in the firearm; and

4) an aftermarket full automatic selector switch, conversion device, with no serial number.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

[signature redacted]

GRAND JURY FOREPERSON

[signature]

**JACQUELINE C. ROMERO**
**United States Attorney**

No. 24-

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania
Criminal Division

THE UNITED STATES OF AMERICA

vs.

DARREN SCOTT ADER

## INDICTMENT - Counts

21 U.S.C. § 841(a)(1), (b)(1)(B) (possession with intent to distribute methamphetamine – 1 count)
18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of drug trafficking – 1 count)
18 U.S.C. § 922(o) (possession of a machinegun – 1 count)

Notices of Forfeiture



Filed in open court this ___Fourteenth___ day,

Bail, $ _____